AO 442 (Rev. 11/11) Arrest Warrant

FILED

2023 OCT 30 AM 11:57

CLERK-ALBUQUERQUE

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

OCT -5 AM 9:15

| United States of America | ) |
| v. | ) |
| | ) Case No. CR 23-1483 MLG |
| ORLANDO BEGAY | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested) **ORLANDO BEGAY**,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. §§ 1201(a)(1) Kidnapping; 18 U.S.C. § 2: Aiding and Abetting

Count 2: 8 U.S.C. §§ 1153 and 1201(c): Conspiracy to Commit Kidnapping

Date: 10/04/2023

_N. Maestas_
Issuing officer's signature

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
Printed name and title

### Return

This warrant was received on (date) 10/5/2023, and the person was arrested on (date) 10/19/2023
at (city and state) Salt Lake City, UT.

Date: 10/30/2023

_[signature]_
Arresting officer's signature

Robert Medina SDUSM
Printed name and title

Subject already in custody in D/UT for a separate case